| AO-10 Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
| --- | --- | --- |
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  FOREMAN, JAMES L | 2. Court or Organization  SOUTHERN DISTRICT OF ILLINOIS | 3. Date of Report  5/3/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  US SENIOR JUDGE | 5. ReportType (check appropriate type)  ○ Nomination, Date 3/7/1972  ○ Initial ● Annual ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  301 West Main Street  Benton, IL 62812 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Co-Trustee | Trust #1 and Trust #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 12/31/03 | Illinois Municipal Retirement Fund | $1,241.06 |
| 2. | 12/31/03 | State Retirement System of Illinois | $3,407.52 |

FINANCIAL DISCLOSURE OFFICE 2004 MAY 10 A 10: 44 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FOREMAN, JAMES L | 5/3/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. City National Bank Common Stock - Trust #1 | E | Dividend | O | W | | | | | |
| 2. National State Bank Common Stock - Trust #2 | | None | | | Liquidation | 07/02 | J | A | FDIC |
| 3. Nisource Common Stock-Trust #2 (see note in add'l comments) | A | Dividend | J | T | | | | | |
| 4. Exxon Common Stock - Trust #1 | D | Dividend | N | T | | | | | |
| 5. Scudder Tech. Fnd fka Tech. Fnd Common Stock - Trust #2 | A | Dividend | J | T | | | | | |
| 6. City National Bank Accounts-Trusts #1 & #2 | B | Interest | N | T | | | | | |
| 7. Citibank Accounts | A | Interest | K | T | Trans to UBS | 03/26 | K | A | UBS |
| 8. Bell South Common Stock-Trust #2 | B | Dividend | K | T | | | | | |
| 9. Rental Property #1, 10th St, Metropolis, IL -Trusts #1 & #2 | D | Rent | L | W | | | | | |
| 10. Farm-Massac County, IL, Trusts #1 & #2 | D | Rent | L | W | | | | | |
| 11. Farm-Johnson County, IL, Trusts #1 & #2 | B | Rent | M | W | | | | | |
| 12. Farm-Pope County, IL, Trusts #1 & #2 | A | Rent | L | W | | | | | |
| 13. Rental Property #2, garage, Metropolis, IL-Trusts #1 & #2 | E | Rent | L | W | | | | | |
| 14. Cont. for Sale of Land to James Carter-Coastal Gas Station in Metropolis-Trusts #1 & #2 | | None | K | T | | | | | |
| 15. Glaxosmithkline PLC ADR-Trust #1 | B | Dividend | K | T | | | | | |
| 16. Wal-Mart Common Stock-Trust #2 | A | Dividend | K | T | | | | | |
| 17. McDonalds Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 18. Ashland Oil Common Stock-Trust #2 | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Southwestern IL Dev Authority Water Bonds-Trusts #1 & #2 | B | Interest | K | T | | | | | |
| 20. Rental Property #3, Metropolis, IL | | None | J | W | | | | | |
| 21. Cifra SA De CV ADR | A | Dividend | J | T | | | | | |
| 22. Dell Common Stock | | None | J | T | | | | | |
| 23. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 24. Cisco Common Stock | | None | J | T | | | | | |
| 25. IRA-Investment Co of America | | None | K | T | Part W'drawl | 12/20 | J | | |
| 26. IRA-Investment Co of America | | None | K | T | Part W'drawl | 12/17 | J | | |
| 27. IRA-Scudder US Gov't Fund (fka Kemper US Mtg) | | None | J | T | Part W'drawl | 12/17 | J | | |
| 28. Oracle Common Stock | | None | J | T | | | | | |
| 29. Medtronics Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 30. Pfizer Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 31. Chicago Gas Supply Revenue Bonds | B | Interest | K | T | Redeemed | 12/01 | K | A | |
| 32. Seligman Comm & Info Fund A-Mutual Fund | | None | J | T | | | | | |
| 33. Watson Pharmaceuticals Common Stock | | None | J | T | | | | | |
| 34. Arch Coal Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 35. Disney Common Stock | | None | J | T | | | | | |
| 36. Pepsico Common Stock-Trust #2 | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dollar General Common Stock | A | Dividend | J | T | | | | | |
| 38. Cash Technologies Inc Common Stock | | None | J | T | | | | | |
| 39. Centennial Money Mkt-Trust #1 | A | Interest | J | T | | | | | |
| 40. Amerigas Partners LP Units of LTD Partners Interests-Trust#1 | B | Dividend | J | T | | | | | |
| 41. Avaya Inc Common Stock-Trust #1 | | None | J | T | | | | | |
| 42. General Electric Common Stock-Trust #1 | A | Dividend | J | T | | | | | |
| 43. Nationwide Health Properties-Trust #1 | A | Dividend | J | T | | | | | |
| 44. Teppco Partners LP UT of Ltd Partnership Int-Trust #1 | B | Dividend | J | T | | | | | |
| 45. Union Planters Corp Common Stock-Trust #1 | A | Dividend | K | T | | | | | |
| 46. America Mutual Fund A Inc-Trust #1 | B | Dividend | L | T | | | | | |
| 47. Income Fund of America Inc-Trust #1 | D | Dividend | M | T | | | | | |
| 48. Growth Fund of America -Trust #1 | A | Dividend | K | T | | | | | |
| 49. Delaware Group Tax Free FD Inc Tax Free USA FD CL A-Trust #1 | B | Dividend | K | T | | | | | |
| 50. Nuveen Muni Trust Ltd Term Muni Bond Fund CL A-Trust #1 | A | Dividend | K | T | | | | | |
| 51. Nuveen Multistate Trust IV MO Muni BD FD CL A-Trust #1 | C | Dividend | L | T | | | | | |
| 52. Cascade National Gas Corp Notes-Trusts #1 & #2 | B | Interest | K | T | | | | | |
| 53. Metlife Common Stock | A | Dividend | J | T | | | | | |
| 54. IL Sports Fac Auth State Trust #1 & #2 | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Certificate of Deposit - Gibraltar Bank - Trust #1 | B | Interest | M | T | | | | | |
| 56. Certificate of Deposit - Gibraltar Bank - Trust #2 | B | Interest | M | T | | | | | |
| 57. Certificate of Deposit - Gibraltar Bank - Trust #1 & #2 | C | Interest | M | T | | | | | |
| 58. UBS Global Assets Management-Trust #1 | A | Dividend | J | T | | | | | |
| 59. UBS Trust #1 & #2 | A | Interest | K | T | Tfer from Citibank Accts | 03/26 | K | | |
| 60. FSP Innsbrook-REIT Trust #1 | B | Dividend | K | T | Buy | 07/28 | K | | |
| 61. FSP Innsbrook-REIT Trust #2 | B | Dividend | K | T | Buy | 07/28 | K | | |
| 62. FSP Blue Lagoon-REIT | B | Dividend | K | T | Buy | 12/9 | K | | |
| 63. FSP Blue Lagoon-REIT | B | Dividend | K | T | Buy | 12/9 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>FOREMAN, JAMES L | Date of Report<br><br>5/3/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____      Date ___ May 3, 2004 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544